UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHELLE B., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00337-JAW |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On December 12, 2023, Attorney Riley Fenner filed a motion for an award of attorney's fees in the amount of $29,379.03 pursuant to 42 U.S.C. § 406(b)(1) for work performed on behalf of Plaintiff Michelle B.  *Mot. for Authorization of an Att'y Fee Pursuant to the Social Security Act* (ECF No. 24).  On December 15, 2023, the Commissioner responded.  *Def.'s Resp. to Pl.'s Mot. for § 406(b) Fees* (ECF No. 26).  On December 29, 2023, Attorney Fenner replied.  *Reply in Supp. of Mot. for Authorization of an Att'y Fee Pursuant to the Social Security Act* (ECF No. 27).

On February 16, 2024, the United States Magistrate Judge filed her Recommended Decision, recommending that the Court grant Attorney Fenner's motion.  *Recommended Decision on Mot. for 406(b) Att'y Fees* (ECF No. 28).  No objections were filed.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record.  The Court made a de novo determination

of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and determines that no further proceeding is necessary.

Accordingly, the Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 28) and thereby GRANTS Attorney Riley Fenner's Motion for Authorization of an Attorney Fee Pursuant to the Social Security Act (ECF No. 24) and ORDERS that a 42 U.S.C. § 406(b) award in the amount of $29,379.03 be paid to Attorney Fenner from Plaintiff Michelle B.'s past-due benefits in accordance with Social Security Administration policy, subject to the requirement that Attorney Fenner pay Plaintiff Michelle B. $5,441.76, the sum earlier awarded to Attorney Fenner pursuant to the Equal Access to Justice Act.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of August, 2024